# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Adesola Kehinde,<br>*Defendant(s)* | Case No. 4:24-mj-70098-MAG |

FILED
Jan 25 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 9, 2024 in the county of Alameda in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and/or ammunition by a convicted felon. |
| Penalties: | Max penalties are: 15 years imprisonment, 3 years of supervised release, $250,000 fine, $100 special assessment, Forfeiture |

This criminal complaint is based on these facts:

See attached Affidavit of FBI, Christopher Michels

☑ Continued on the attached sheet.

Approved as to form:

*/s/ Jonah P. Ross*
AUSA JONAH P. ROSS

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone.

Date: January 25, 2024

City and state: Oakland, CA

*/s/ Christopher Michels*
*Complainant's signature*

Christopher Michels, FBI Special Agent
*Printed name and title*

*Judge's signature*

HON. DONNA M. RYU, Chief Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher R. Michels, a Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Adesola Kehinde ("KEHINDE") for unlawfully possessing a firearm, in violation of Title 18, United States Code, Section 922(g)(1), on or about January 9, 2024, in the Northern District of California.

### SOURCES OF INFORMATION

2. This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that a violation of the federal law identified above has occurred. Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

3. I have based my statements in this affidavit on my training and experience as an FBI Special Agent, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by other agents and law enforcement officers, information provided by reports of other law enforcement officers, information provided by photographic evidence, and information provided by records and databases. I believe these sources to be reliable. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim, unless otherwise noted. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

### AFFIANT BACKGROUND

4. I have been employed by the FBI as a Special Agent since June 2016. I am

currently assigned to the San Francisco Division of the FBI, and specifically to the Crimes Against Children and Human Trafficking Squad.  As a Special Agent, I specialize in crimes against children and human trafficking.  In this capacity I have investigated cases involving kidnapping, "sextortion" (the practice of extorting money or sexual favors from someone by threatening to reveal evidence of their sexual activity), sex trafficking of juveniles and adults, child sexual abuse material, and cases involving prohibited persons possessing firearms.

5. As a federal agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

## APPLICABLE STATUTES

6. The elements of Title 18, United States Code, Section 922(g)(1) are as follows: (1) the defendant knowingly possessed a firearm; (2) that firearm had been shipped or transported from one state to another or between a foreign nation and the United States; (3) at the time the defendant possessed the firearm, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year; and (4) at the time the defendant possessed the firearm, the defendant knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

## FACTS SUPPORTING PROBABLE CAUSE

**KEHINDE Possessed a Firearm and Ammunition on or about January 9, 2024**

7. On or about January 8, 2024, special agents with the FBI conducted surveillance of KEHINDE as part of an investigation into sex trafficking of minors.  That evening, the special agents took photographs of KEHINDE—who was with a girl whom law enforcement officers later learned was 17 years old—including the following photograph which depicts KEHINDE in the clothing he wore that evening:



8.      The following morning, on or about January 9, 2024, Alameda (CA) Police Department personnel responded to KEHINDE's residence on Buena Vista Avenue in Alameda, California, to conduct a registered sex offender compliance check, parole search, and probation search.  At the time, KEHINDE was on parole and probation after serving a state prison sentence following felony convictions for human trafficking of a minor (California Penal Code section 236.1(c)), threats of death or great bodily injury (California Penal Code section 422), and robbery (California Penal Code section 211).  The officers were aware that the terms of KEHINDE's probation and parole included a four-way search clause, permitting warrantless searches with or without probable cause or reasonable suspicion of his person, residence, vehicle, and belongings.  At the time of this search, KEHINDE was also a registered sex offender in the state of California.

9.      As officers approached KEHINDE's residence, they noticed KEHINDE's blue Tesla with California license plate 9JOS018 (a vehicle they had previously observed him driving and which was registered to him) parked on the south side of the apartment building.  Officers approached the vehicle and made initial contact with KEHINDE, who was seated in the driver's

seat. Officers notified KEHINDE that they were conducting a compliance check as permitted by the terms of his parole and probation. Complying with the officers, KEHINDE exited the vehicle, and officers placed him in handcuffs. The same 17-year-old girl the FBI special agents had observed with KEHINDE the night before was seated in the back seat of the vehicle.

      10.     Officers then conducted a search of KEHINDE's person and his blue Tesla. In the rear passenger seat of the Tesla, officers located a bag that contained clothing items. And inside the bag, officers located a pair of men's pants (light wash blue jeans with a 36-inch waste and 32-inch inseam), which appeared identical to the light-colored blue jeans KEHINDE wore the night before. Inside the right front pocket of the pants, officers found a Glock 43 sub-compact 9mm pistol, with serial number ADYD481. The firearm was loaded with one round in the chamber and six rounds inside the magazine inserted into the pistol's magazine well. In the left rear pocket of the blue jeans, offices found a wallet containing KEHINDE's California driver's license and credit cards bearing his name. The bag that contained the pants also contained a work identification badge with KEHINDE's name and photograph. Officers conducted a record check on the firearm, which indicated it was not registered in California.

      11.     Officers took the following photograph of the pants and the loaded pistol that was

located inside the pants:

 

**The Firearm Possessed by KEHINDE Traveled in Interstate Commerce**

12.     On January 10, 2024, I received the results of an Alcohol, Tobacco, and Firearms and Explosives gun trace, which provides a summary history of the firearm, including its make, model, serial number, and initial point of sale from a federal firearms licensee.  The results revealed that the Glock 43 pistol bearing serial number ADYD481 found in KEHINDE's pants was manufactured in Austria, imported to the United States through the state of Georgia, and first sold in the state of Arizona on October 5, 2020.

**In 2015, KEHINDE Was Sentenced to Six Years in Prison Following Convictions for Human Trafficking of a Minor, Threats of Death or Great Bodily Injury, and Robbery**

13.     As part of my investigation, on January 9, 2024, I conducted a review of KEHINDE's criminal history report, and confirmed that KEHINDE had previously been convicted of a crime punishable by a term of imprisonment exceeding one year.  Specifically, on or about September 25, 2015, KEHINDE was convicted of the following felonies:  human trafficking of a minor (California Penal Code section 236.1(c)), threats of death or great bodily

injury (California Penal Code section 422), and robbery (California Penal Code section 211). KEHINDE was sentenced to six years in prison for these convictions.

14. Because KEHINDE was sentenced to six years in prison for his convictions, there is probable cause to believe that, at the time he possessed the firearm on January 9, 2024, he knew he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year.

## CONCLUSION

15. Based on the information set forth in the paragraphs above, I submit that there is probable cause that, on or about January 9, 2024, in the Northern District of California, KEHINDE committed the crime of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

*/s/ Christopher R. Michels*
Christopher R. Michels
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d) on this  25th  day of  January 2024 .

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge