| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | SAMANTHA JAFFE<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone:  (510) 637-3500 |
| 6 | Facsimile:   (510) 637-3507<br>Email:        Samantha_Jaffe@fd.org |
| 7 | |
| 8 | Counsel for Defendant Kehinde |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADESOLA KEHINDE,<br><br>Defendant. | Case No.: 4:24–mj-70098 MAG<br><br>**JOINT STIPULATION TO CONTINUE STATUS REGARDING PRELIMINARY HEARING & ARRAIGNMENT TO MARCH 29, 2024, AND TO EXCLUDE TIME** |

The above-captioned matter is set for March 8, 2024, at 10:30 a.m, before this Honorable Court for status regarding preliminary hearing and arraignment. The parties are requesting that this matter be moved three weeks, to March 29, 2024, to allow for ongoing discovery production and effective preparation of counsel. Discovery was informally produced to the defense on February 21, 22, and 26, 2024. Formal (Bates-stamped) discovery has not yet been produced.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree also that the failure to grant this continuance would deny counsel for Mr. Kehinde the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the parties agree that the period of time between March 8, 2024, and March 29, 2024, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for the preliminary hearing, the parties also agree that the time period of March 8, 2024, to March 29, 2024, inclusive, should be excluded because the delay results from a continuance granted by the Court at the parties' joint request, on the basis of the Court's finding that the continuance is necessary for the effective preparation of counsel.

Dated: March 6, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
SAMANTHA JAFFE
Assistant Federal Public Defender

Dated: March 6, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S/
JONAH ROSS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADESOLA KEHINDE,<br><br>Defendant. | Case No.: 4:24–mj-70098 MAG<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS REGARDING PRELIMINARY HEARING & ARRAIGNMENT TO MARCH 29, 2024, AND TO EXCLUDE TIME** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status regarding preliminary hearing and arraignment is reset for March 29, 2024, at 10:30 a.m.

It is FURTHER ORDERED that the time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through March 29, 2024, and the time limits for conducting a preliminary hearing are extended under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: March 6, 2024

HON. DONNA M. RYU
Chief United States Magistrate Judge