JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Samantha_Jaffe@fd.org

Counsel for Defendant Kehinde

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADESOLA KEHINDE,<br><br>Defendant. | **Case No.:** 4:24-mj-70098 MAG<br><br>**JOINT STIPULATION TO CONTINUE STATUS REGARDING PRELIMINARY HEARING & ARRAIGNMENT TO APRIL 22, 2024, AND TO EXCLUDE TIME** |

The above-captioned matter is set for March 29, 2024, at 10:30 a.m, before this Honorable Court for status regarding preliminary hearing and arraignment. The parties are requesting that this matter be moved approximately three weeks, to April 22, 2024, to allow for ongoing discovery production and effective preparation of counsel. Discovery was informally produced to the defense on February 21, 22, and 26, 2024. Formal (Bates-stamped) discovery has not yet been produced, but is forthcoming, including over 10,000 pages of previously undiscovered documents.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree also that the failure to grant this continuance would deny counsel for Mr. Kehinde the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.

Accordingly, the parties agree that the period of time between March 29, 2024, and April 22, 2024, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for the preliminary hearing, the parties also agree that the time period of March 29, 2024, to April 22, 2024, inclusive, should be excluded because the delay results from a continuance granted by the Court at the parties' joint request, on the basis of the Court's finding that the continuance is necessary for the effective preparation of counsel.

Dated: March 26, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
SAMANTHA JAFFE
Assistant Federal Public Defender

Dated: March 26, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S/
JONAH ROSS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADESOLA KEHINDE,<br>Defendant. | **Case No.:** 4:24-mj-70098 MAG<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS REGARDING PRELIMINARY HEARING & ARRAIGNMENT TO APRIL 22, 2024, AND TO EXCLUDE TIME** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status regarding preliminary hearing and arraignment is reset for April 22, 2024, at 10:30 a.m.

It is FURTHER ORDERED that the time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through April 22, 2024, and the time limits for conducting a preliminary hearing are extended under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: March 27, 2024

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
Chief United States Magistrate Judge